# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1173
_____

United States of America

*Plaintiff - Appellee*

v.

Gary Allen Kachina

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: July 21, 2025
Filed: July 24, 2025
[Unpublished]

_____

Before BENTON, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Gary Kachina appeals the district court's[1] judgment revoking his supervised release and sentencing him a prison term of 14 months, with no supervised release to

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

follow. Having reviewed the record and Kachina's arguments for reversal, we conclude that a preponderance of the evidence supported the district court's determination that Kachina violated a special condition of his supervision, and that the district court did not abuse its discretion by revoking his supervised release. See United States v. Perry, 2 F.4th 1146, 1148 (8th Cir. 2021) (per curiam) (standard of review). We also conclude that Kachina's claim of judicial bias is inadequately supported, and that his other claims concerning his representation, government counsel, and the manner in which the revocation hearing was conducted do not support reversal. See United States v. Owen, 854 F.3d 536, 541 (8th Cir. 2017); United States v. Simms, 757 F.3d 728, 731 (8th Cir. 2014).

Accordingly, the judgment of the district court is affirmed.

_____